```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

JESUS QUINTANA ALMANZA                                    PLAINTIFF

         v.            Civil No. 06-2009

SHERIFF FRANK ATKINSON, NURSE
CRYSTAL REED and CAPTAIN CONGER                          DEFENDANTS

### O R D E R

Now on this 18th day of January, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #24), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's Motion For Summary Judgment (document #19) is hereby **granted,** and this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE